IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. CR 21-CR-0078 |
| vs. | ) ) ) | |
| KIEDIS OLDBEAR, | ) ) | |
| Defendant. | ) | |

**GOVERNMENT'S SENTENCING MEMORANDUM**

Pursuant to the Court's May 6, 2022, Order, the United States hereby provides its sentencing memorandum.

**A.  Government Witnesses**

None

**B.  Government Exhibits[1]**

1. Documents regarding FECR013414
2. Documents regarding AGCR083305

**C.  Sentencing Issues**

The Final Presentence Investigation Report notes four issues for the Court to decide at sentencing: (1) defendant's ability to pay a fine; (2) whether the Court should upwardly depart pursuant to USSG §4A1.3; (3) whether the Court should upwardly depart pursuant to USSG §5K2.21; and (4) defendant's motion for a downward variance.  The government has conducted further investigation

---

[1] The government's exhibits are attached to its motion for an upward departure and upward variance.

1

regarding defendant's ability to pay a fine and withdraws its objections to Paragraph 74. This is no longer an issue the Court will need to address at sentencing. The government will separately file a motion for an upward departure pursuant to USSG §4A1.3 and §5K2.21. Finally, the government will respond to any variance motion once it is filed with the Court.

Respectfully submitted,

TIMOTHY T. DUAX
Acting United States Attorney

By: *s/Lisa C. Williams*

LISA C. WILLIAMS
Assistant United States Attorney
111 7th Street, SE Box 1
Cedar Rapids, IA 52401
(319) 363-6333
(319) 363-1990 - fax
lisa.williams@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2022 I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ L. Williams